IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                      CV 16-396 RB/GJF
                                                       CR 06-0706 RB

VICTOR CLAY RICHARDSON,

    Defendant/Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed July 25, 2016. (CV Doc. 14; CR Doc. 136.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

    IT IS THEREFORE ORDERED that:

    1) the PFRD is adopted as an order of the Court;

    2) the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is granted;

    3) an updated presentence memorandum is ordered; and

    4) this case will be set for resentencing in a separate Order.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**